IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST TUSKEGEE BANK, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-461-MEF |
| MARSHA D. ELMORE, *et al.,* | ) (WO - DO NOT PUBLISH) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court and the hearing conducted on March 10, 2011 it is ORDERED and ADJUDGED as follows:

All remaining claims and cross claims are DISMISSED with PREJUDICE. Judgment is entered in favor of the United States, and against Marsha Elmore, each party to bear its own costs.

The Clerk of the Court is DIRECTED enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 17th day of March, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE